IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN MIKE CARROLL,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>UBC NATIONAL JOB CORPS TRAINING FUND, INC.,<br><br>　　　　　　Defendant. | 8:23CV392<br><br>**ORDER FOR BINDING ARBITRATION AND STAY OF CASE** |

This case is before the Court on a Stipulation for Binding Arbitration and Stay Pending Thereon. Filing 18. The Stipulation, signed by counsel for both parties, states that the parties voluntarily agree to submit the controversies set forth in the Complaint and other pleadings in this case to binding arbitration. Filing 18 at 1. It states further the parties' agreement concerning an arbitrator and conduct of the arbitration. Filing 18 at 1. Finally, the Stipulation states that the parties agree that the lawsuit shall be stayed pending the entry of an arbitration award/judgment. Accordingly,

Defendants' Stipulation for Binding Arbitration and Stay Pending Thereon, Filing 18, is granted, as follows:

　　1.　This case is stayed pending the outcome of binding arbitration conducted pursuant to the parties' stipulation; and

　　2.　The parties shall notify the Court upon issuance of the arbitrator's decision, and upon issuance of the arbitrator's decision, the Court may enter judgment upon any award rendered by the arbitrator.

1

IT IS FURTHER ORDERED that Defendant's Motion to Dismiss and to Compel Arbitration, Filing 10, is denied.

Dated this 15th day of November, 2023.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge