IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN MIKE CARROLL,<br><br>  Plaintiff,<br><br>vs.<br><br>UBC NATIONAL JOB CORPS TRAINING FUND, INC.,<br><br>  Defendant. | 8:23CV392<br><br>ORDER ON JOINT STIPULATION AND MOTION TO DISMISS WITH PREJUDICE |

This case is before the Court on the parties' Joint Stipulation and Motion to Dismiss with Prejudice, signed by counsel for the parties. Filing 28. The parties request that the Court dismiss this case with prejudice, with each party to pay its own costs and fees. Accordingly,

IT IS ORDERED that the parties' Joint Stipulation and Motion to Dismiss with Prejudice, Filing 28, is accepted, and this matter is dismissed with prejudice, with each party to pay its own costs and fees.

Dated this 1st day of April, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1